Norfolk Federal Courthouse 4th Circuit

This is Jason Saunders inmate # 85152-083. I was convicted and sentenced in the 4th circuit/district Federal Court in June/2015 and October/2015 in the Honorable Judge Jackson courtroom. My case number I don't have access to because certain documents we are not allowed to have where im currently housed. My question is due to the Lamont Davis case and the first step act could I possibly receive any relief. My court appointed Attorney and direct Appealent Attorney have withdrawn from my case And I don't know how to file pro-se. So if possible please respond and direct me in the Approiate way of handling this matter And getting help filing motions of second sucessive's.

Please And Thankyou

Jason Saunders