IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



**JASON MARVIN SAUNDERS,**

    **Petitioner,**

v.                                            **CRIMINAL ACTION NO. 2:15-cr-02**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER

Before the Court is Petitioner Jason Marvin Saunders ("Petitioner") August 5, 2019 *pro se* letter motion seeking relief under the Formerly Incarcerated Reenter Society Transformed Safely Transitioning Every Person Act ("FIRST STEP Act"). ECF No. 162; *see* Pub. L. No. 115-391, 132 Stat. 5194 (2018).

Section 404 of the FIRST STEP Act authorizes courts to impose a reduced sentence for anyone if three requirements are met: (1) the petitioner was convicted of a statute, for which the penalties were modified by Sections 2 or 3 the Fair Sentencing Act of 2010 ("FSA"), Pub. L. No. 111-220, 124 Stat. 2372 (2010); (2) the petitioner committed the offense before August 3, 2010; and (3) the petitioner did not file a previous motion, which has already been decided on the merits, under this section of the FIRST STEP Act or under the FSA. See FIRST STEP Act, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222 (2018).

Petitioner was convicted of one count of Conspiracy to Distribute Narcotics, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846, three counts of Maintaining a Drug-Involved Premises, in violation of 21 U.S.C. § 856(a)(1), (b), three counts of Possession with Intent to Distribute and Distribution of Controlled Substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), two counts of Possession of a Firearm in Furtherance of and Using and Carrying a Firearm During and in

Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), and two counts of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1). ECF No. 82. Some of these charges were directly or indirectly modified by sections 2 or 3 of the FSA. Petitioner has not filed a motion under the FSA or under the FIRST STEP Act previously. However, Petitioner committed these offenses from January 2012 to August 2014. ECF No. 100 at ¶ 6.

Accordingly, Petitioner does not qualify for relief under the FIRST STEP Act. Therefore, Petitioner's Motion is **DENIED**. The Clerk is **DIRECTED** to provide a copy of this Order to Petitioner, the United States Attorney, and the United States Probation Office.

**IT IS SO ORDERED.**

Norfolk, Virginia
August 14, 2019

/s/
Raymond A. Jackson
United States District Judge