# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

January 2, 2020

Andrew C. Bosse, AUSA
United States Attorney's Office
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510

Re:    **Release of Exhibits: <u>USA v Jason Marvin Saunders</u>**
        **Criminal Number: 2:15cr2**

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to Government Counsel:

White Binder

Please acknowledge receipt of these exhibits on the attached copy of this letter within ten (10) days from the above date.

FERNANDO GALINDO, Clerk of Court

BY: _____/s/_____
        T. Armstrong, Deputy Clerk

_____
(Signature of AUSA)

_____
**Date Exhibits Received**